# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

127849 & (61)(65)(66)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAPEER COUNTY ABSTRACT & TITLE
COMPANY, and DON SCHULTZ,
      Plaintiffs-Appellants,

v

                                     SC: 127849
                                     COA: 245912

LAPEER COUNTY REGISTER OF DEEDS,     Lapeer CC: 01-030830-CZ
COUNTY OF LAPEER, and LAPEER
COUNTY BOARD OF COMMISSIONERS,
      Defendants-Appellees.

_____/

      On order of the Court, the motions to file brief amicus curiae are GRANTED. The application for leave to appeal the October 21, 2004 judgment of the Court of Appeals leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006                                             
_____
s0524                                                      Clerk